# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2014

## NO. 03-11-00428-CR

**Dromico Andree Washington a/k/a Andrew Washington a/k/a
Dromico Andrew Washington, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED ON REMAND-- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.